# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE POOLE &
SHER REVOCABLE LIVING TRUST,
DATED MAY 7, 2010.

---

BENJAMIN SHER,
Appellant,
vs.
JESSICA POOLE,
Respondent.

IN THE MATTER OF THE POOLE &
SHER REVOCABLE LIVING TRUST
DATED MAY 7, 2010.

---

BENJAMIN SHER,
Appellant,
vs.
JESSICA POOLE,
Respondent.

No. 68862

FILED

SEP 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 70036

## ORDER DISMISSING APPEAL AND VACATING ORAL ARGUMENT

The parties have filed a stipulation seeking to dismiss this appeal. Having reviewed the stipulation, we approve it. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b). Accordingly, this appeal is dismissed. Further, we vacate the oral argument in this case scheduled for September 6, 2017, at 2:00 p.m. in Cason City.

It is so ORDERED.

_____, C.J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

17-29428

cc: Hon. Elizabeth Goff Gonzalez, Chief Judge
Janet Trost, Settlement Judge
Prestige Law Group
Kang & Associates PLLC
Shumway Van
Eighth District Court Clerk